JUDGE SCHEIN[...]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :
                                    :        **INDICTMENT**
        - v. -                      :
                                    :        14 CRIM 160
FRANK DITOMASSO,                    :
                                    :
                        Defendant.  :
                                    :
- - - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

1.  From at least in or about December 2012 to at least in or about March 2013, in the Southern District of New York and elsewhere, FRANK DITOMASSO, the defendant, did knowingly and willfully employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, and did know and have reason to know that such visual depiction would be transported and transmitted using a means or facility of interstate commerce and would be transported and transmitted in and affecting interstate commerce.

(Title 18, United States Code, Section 2251(a))

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 07 2014

COUNT TWO

The Grand Jury charges:

2.  From at least in or about December 2013 through at least in or about January 2014, in the Southern District of New York and elsewhere, FRANK DITOMASSO, the defendant, knowingly did mail and transport and ship using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, child pornography; and knowingly did receive and distribute materials that contained child pornography that had been mailed and, using a means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, DITOMASSO displayed child pornography over an online video chat, from a computer located in New York, New York.

(Title 18, United States Code, Sections 2252A(a)(1) and (a)(2)(B).)

_____
FOREPERSON
3/7/14

_____
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

FRANK DITOMASSO,

Defendant.

**INDICTMENT**

14 Cr.

(18 U.S.C. §§ 2251(a), 2252A(a)(1) and (a)(2)(B).)

PREET BHARARA
United States Attorney.

A TRUE BILL

*[signature]* 3/17/14
Foreperson.

3/7/14 FILED INDICTMENT    CASE ASSIGNED TO J. SCHEINDLIN

*Cott, USMJ*