# FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

| | |
|---|---|
| LOUIS M. FREEMAN | 75 MAIDEN LANE |
| THOMAS H. NOOTER | SUITE 503 |
| LEE A. GINSBERG | NEW YORK, N.Y. 10038 |
| _____ | _____ |
| NADJIA LIMANI | (212) 608-0808 |
| OF COUNSEL | TELECOPIER (212) 962-9696 |
| | E-MAIL: FNGLAW@AOL.COM |
| _____ | WWW.FNGLAW.COM |
| CHARLENE RAMOS | |
| OFFICE MANAGER | |

January 26, 2016

BY ECF
Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

        Re: United States v. DiTomasso
            14 CR 160 (SAS)

Dear Judge Scheindlin:

      Enclosed please find a proposed order permitting trial clothing to be dropped off at either the MDC or the MCC for Defendant's upcoming trial on February 1, 2016.

                                Respectfully Submitted,

                                /s/ Lee A. Ginsberg
                              _____
                              Lee A. Ginsberg

Encl.