

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 3, 2016

**BY EMAIL AND ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/16
```

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States v. Frank DiTomasso,**
       **S1 14 Cr. 160 (SAS)**

Dear Judge Scheindlin:

In light of the adjournment of the planned February 1, 2016 trial date in the above-referenced matter, the Government moves to exclude time under the Speedy Trial Act until April 7, 2016. Defense counsel has indicated that his client consents to this request.

Respectfully submitted,

SO ORDERED

*[signature]*
Shira A. Scheindlin, USDJ
2/3/16

PREET BHARARA
United States Attorney

By: ___/s/___
Margaret Graham / Kimberly Ravener /
Andrew Dember
Assistant United States Attorney
Tel: (212) 637-2923 / 2358 / 2563

cc:   Lee Ginsburg, Esq. (by email)