**MEMO ENDORSED**

# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*
42-40 Bell Blvd, Suite 302
Bayside, New York 11361
Tel (516) 829-2299
*jp@jpittell.com*

*Long Island Office*
10 Bond St, Suite 389
Great Neck, New York 11021
Tel (516) 829-2299
*jp@jpittell.com*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/9/21

December 9, 2021

Hon. Valerie E. Caproni
U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *DiTomasso v. U.S., 2*1 Cv 7704 (VEC) {habeas petition}
*U.S. v. DiTomasso,* 14 Cr 160 (VEC){criminal docket}

Dear Judge Caproni:

Pursuant to Your Honor's Order dated September 13, 2021, issued in the above referenced matter, I was appointed as counsel for Mr. DiTomasso in his habeas proceeding. Currently, the briefing schedule is set as follows:

Petitioner's Supplemental brief due December 13, 2021
Government's response due January 10, 2022
Petitioner's Reply due January 18, 2022

Following my appointment, I have been reviewing the record. I have also continued to confer and correspond with Mr. DiTomasso. As noted in prior correspondence, the record is comprehensive as it involved a trial, post-trial motion practice and an appeal. At this point, I seek more time to prepare the supplemental brief. Accordingly, I respectfully request the briefing schedule be extended by three weeks as follows:

Supplemental brief due January 3, 2022
Government response due January 31, 2022
Reply due February 8, 2022

I have conferred with the Government and they do not object to this request.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc: Frank DiTomasso
Kimberly Ravener, AUSA

Application GRANTED. Petitioner's supplemental brief is due January 23, 2022; the Government's response is due not later than January 31, 2022; and Petitioner's reply is due not later than February 8, 2022.

SO ORDERED.

12/9/21

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE